1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12    MARGARITA ALVISO,                CIV. NO. 2:15-1368 WBS KJN

13              Plaintiff,

14         v.                          ORDER

15    SELECT PORTFOLIO SERVICING,
      INC.; NATIONAL DEFAULT SERVICING
16    CORPORATION; and DOES 1-20,
      inclusive,
17
                Defendants.
18

19

20                         ----oo0oo----

21         In conjunction with their motion to dismiss, defendants

22    Select Portfolio Servicing, Inc. and National Default Servicing

23    Corporation request an order pursuant to Federal Rule of Civil

24    Procedure 19 joining Pablo Perez-Najera as a party.  (Defs.' Mem.

25    at 3-5 (Docket No. 4).)  Defendants state that Perez-Najera is a

26    co-borrower with plaintiff Margarita Alviso on the deed of trust

27    securing the mortgage at issue in this action and that failure to

28    join him exposes them to "a substantial risk of incurring double,

                                  1

1   multiple, or otherwise inconsistent obligations."  See Fed. R.

2   Civ. P. 19(a)(1)(B).

3            At oral argument on August 10, 2015, counsel for

4   plaintiff represented he could provide the court with a document

5   establishing that Perez-Najera claims no interest relating to the

6   subject matter of this action and that Perez-Najera will accept

7   any judgment of this court regarding the subject matter of this

8   lawsuit as binding on him.

9            IT IS THEREFORE ORDERED that plaintiff shall within

10  twenty days from the date this Order is signed file documentation

11  establishing that her co-borrower, Pablo Perez-Najera, claims no

12  interest relating to the subject matter of this action and agrees

13  to accept any judgment of this court regarding that subject

14  matter as binding on him.  The court will withhold ruling on the

15  other aspects of defendants' motion to dismiss pending receipt of

16  such documentation.  If plaintiff chooses not to file such

17  documentation, the court will proceed at the conclusion of twenty

18  days from the date of this Order to decide the motion to dismiss.

19  Dated:  August 11, 2015

20  _____

    WILLIAM B. SHUBB

21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2